IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zongshuo Zhang,<br><br>Plaintiff(s),<br><br>v.<br><br>The Partnerships And Unincorporated Associations Identified On Schedule A,<br><br>Defendant(s). | No. 23-cv-00068<br><br>Judge John F. Kness |

## ORDER

Plaintiff's Motion for release of bond obligation [49] is granted. The ten-thousand-dollar ($10,000) cash bond posted by Zongshuo Zhang is hereby released to Zongshuo Zhang or its counsel, Ni, Wang & Massand, PLLC. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to Hao Ni of Ni, Wang & Massand, PLLC.

SO ORDERED.

Date: November 16, 2023

JOHN F. KNESS
United States District Judge