# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Zongshuo Zhang,<br><br>Plaintiffs,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A,<br><br>Defendants(s). | No. 23-cv-00068<br><br>Judge John F. Kness |

## Amended ORDER

Plaintiff's Motion for release of bond obligation [49] is granted. The ten-thousand-dollar ($10,000.00) cash bond, plus applicable interest, posted by Zongshuo Zhang is hereby released to Zongshuo Zhang or its counsel, Ni, Wang & Massand, PLLC. The Clerk of the Court is directed to return the cash bond, plus any applicable interest, previously deposited with the Clerk of the Court to Hao Ni of Ni, Wang & Massand, PLLC.

SO ORDERED.

Date: 12/15/2023

JOHN F. KNESS
United States District Judge